

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00454-CV

| | | |
|---|---|---|
| Jamario Bernard Pickett | § | From the 322nd District Court |
| | § | of Tarrant County (322-543077-13) |
| v. | § | February 27, 2014 |
| Amber Lee Burke | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM